IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JARIEL A. PITTMAN, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | 8:15CV336 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | JUDGMENT |
| Nebraska Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that this case is dismissed with prejudice. The court will not issue a certificate of appealability.

March 21, 2016.   BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge