IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARIEL A. PITTMAN, | ) | |
| | ) | |
| Petitioner, | ) | 8:15CV336 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT R. FRAKES, Director, | ) | ORDER |
| Nebraska Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause shown, and despite the possible untimeliness of the motion,

IT IS ORDERED that the motion for leave to proceed in forma pauperis on appeal (filing no. 28) is granted.

DATED this 25th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge